DATE:  April 6, 2015

OFFICIAL COURT REPORTER'S MONTHLY REPORTER'S MONTHLY REPORT
APPELLATE CASE LOAD
27TH DISTRICT COURT FOR BELL AND LAMPASAS COUNTIES
FOR FILING WITH CLERK, COURT OF APPEALS
(Pursuant to Rule 13.4 of the *Texas Rules of Appellate Procedure*, the following is a full, true and correct representation of business pending in the court reporter's office for the above-named court.)

| CAUSE NO. | STYLE | EST. NO.  PAGES | NO. PAGES COMPLETED | DUE DATE |
|---|---|---|---|---|
| No. 70532 COA No. 03-15-00098-CR | Brian Vincent Robinson Vs. State of Texas | 300 | 200 | April 10, 2015 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

SUBMITTED BY:   GAYLA R. MAY
OFFICIAL COURT REPORTER, CSR# 2684
27TH JUDICIAL DISTRICT COURT
BELL AND LAMPASAS COUNTIES